No. 73–940. BOGART v. STATE BAR OF CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question. ▉

No. 73–956. PITTSBURGH COAL CO., DIVISION OF CONSOLIDATION COAL CO. v. PENNSYLVANIA; and

No. 73–957. HARMAR COAL CO. v. PENNSYLVANIA. Appeals from Sup. Ct. Pa. dismissed for want of substantial federal question. Reported below: 452 Pa. 77, 306 A. 2d 308.

No. 73–993. PHELPS v. COMMISSIONERS OF THE SUPREME COURT OF ILLINOIS ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 73–5879. CALAWAY v. WEST VIRGINIA. Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question.

No. 73–5705. DUN LEAVAY v. TENNEY, U. S. DISTRICT JUDGE, ET AL. Appeal from D. C. S. D. N. Y. dismissed for want of jurisdiction.

No. 73–6004. ABERCROMBIE v. OHIO. Appeal from Ct. App. Ohio, Clermont County, dismissed for want of substantial federal question.

No. 73–929. DEL PASO RECREATION AND PARK DISTRICT ET AL. v. BOARD OF SUPERVISORS OF THE COUNTY OF SACRAMENTO ET AL. Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument. ▉